

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**SEALED**

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3  DANIEL J. COWHIG
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   daniel.cowhig @usdoj.gov
6  *Attorneys for the United States of America*

FILED.

DATED: 1:18 pm, March 25, 2024

U.S. MAGISTRATE JUDGE

7       **UNITED STATES DISTRICT COURT**
           **DISTRICT OF NEVADA**
8

9  UNITED STATES OF AMERICA,                Case No. 2:24-mj-292-BNW

10          Plaintiff,                      CRIMINAL COMPLAINT

11      vs.                                 VIOLATIONS:

12  MATTHEW J. LOPES,                       Count One: 18 U.S.C. § 1361 – Willfully
                                            Injuring or Committing Any Depredation
13          Defendant.                      Against Property of the United States

14

15       BEFORE the Honorable Brenda N. Weksler, United States Magistrate Judge, in

16  Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

17                        COUNT ONE
    Willfully Injuring or Committing Any Depredation Against Property of the United States
18                       18 U.S.C. § 1361

19       On or about March 24, 2024, in the State and Federal District of Nevada and

20  elsewhere,

21                    MATTHEW LOPES,

22  defendant, willfully and by means of throwing rocks at the windows, did injure and

23  commit a depredation against property of the United States and of any department or

24  agency thereof, including the General Services Administration, the United States Probation

                                    1

1  Office, and the United States Bankruptcy Court, specifically the Foley Federal Building

2  and U.S. Courthouse, 300 South Las Vegas Boulevard, in Las Vegas, Nevada, and the

3  resulting damage was approximately $5,000, in violation of Title 18, United States Code,

4  Section 1361.

PROBABLE CAUSE AFFIDAVIT

5

6       1.     Your Complainant, Khaled Kayyal, as a Supervisory Deputy U.S. Marshal

7  with the United States Marshals Service (USMS), states the following as and for probable

8  cause:

9       2.     Your Complainant is a Supervisory Deputy U.S. Marshal with the USMS

10  and has served as a sworn law enforcement officer with the USMS since 2005. Your

11  Complainant served as a Deputy U.S. Marshal in Chicago for 13 years, assigned to the

12  Special Response Team there. From 2019, your Complainant served in the District of

13  Puerto Rico as a Judicial Security Inspector where he managed the Court Security Officer

14  Program. From 2020, your Complainant has served in the District of Nevada as a

15  Supervisory Deputy U.S. Marshal overseeing prisoner handling, courtroom operations,

16  judicial protection, and investigative threats sections. Your Complainant is an investigative

17  or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7),

18  that is, an officer of the United States who is empowered by law to conduct investigations

19  of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

20       3.     Your Complainant has been involved in an investigation which is the subject

21  of this Affidavit. Due to your Complainant's personal participation in this investigation

22  and reports made to your Complainant by other deputies of the USMS, the Federal

23  Protective Service (FPS), and the Las Vegas Metropolitan Police Department (LVMPD),

24  your Complainant is familiar with the facts and circumstances surrounding the

2

1  investigation. Your Complainant 's training and experience as a Deputy U.S. Marshal,

2  including participation in this investigation, form the basis for opinions and conclusions set

3  forth below. While your Complainant has participated in the below described investigation,

4  your Complainant has not provided every fact known to him within this Complaint.

5  Rather, your Complainant has included only those facts necessary to establish probable

6  cause.

FACTS ESTABLISHING PROBABLE CAUSE

7

8      4.      An investigation by the United States Marshals Service (USMS), the Federal

9  Protective Service (FPS), and the Las Vegas Metropolitan Police Department (LVMPD)

10  has determined that on March 24, 2024, Matthew LOPES intentionally threw rocks against

11  the windows Foley Federal Building and U.S. Courthouse, 300 South Las Vegas

12  Boulevard, in Las Vegas, Nevada, causing approximately $5,000 in damage to the building.

13      5.      The Foley Federal Building and U.S. Courthouse is the property of the

14  United States. It is held by and managed by the General Services Administration and used

15  and occupied by the United States Probation Office, the United States Bankruptcy Court,

16  and other departments or agencies of the United States Government.

17      6.      Shortly before 4:00 p.m. on Sunday, March 24, 2024, Matthew LOPES

18  approached the Foley Federal Building and U.S. Courthouse, located at 300 South Las

19  Vegas Boulevard, in Las Vegas, Nevada. Recorded by security video, LOPES threw rocks

20  against the Foley Building, breaking and damaging windows of the Foley Building.

21  Security Officers at the Foley Building contacted LVMPD. Uniformed LVMPD officers in

22  marked patrol vehicles responded. As LOPES walked away from the Foley Building, a

23  security officer followed on foot, updating LVMPD during their response.

24

3

1    7.    The uniformed LVMPD officers contacted LOPES and the security officer.

2  In a warned, recorded interview, LOPES told LVMPD officers that he had thrown rocks at

3  the Foley Building "because I hate the federal government and the federal government

4  hates me," or words to that effect. Asked where he planned to go next, LOPES told the

5  officers that he planned to break more windows at another federal building. LVMPD

6  officers examined the damage to the Foley Building. Two windows measuring

7  approximately 2 feet by 5 feet appeared to be shattered. Officers estimated the cost of repair

8  to be approximately $5,000.

9    8.    All of the forgoing took place in the State and Federal District of Nevada.

10                              CONCLUSION

11    9.    Based upon the information set forth in this application, your Complainant

12  respectfully submits that there is probable cause to believe that Matthew LOPES violated

13  18 U.S.C. § 1361, Willfully Injuring or Committing Any Depredation Against Property of

14  the United States, as described above.

15                              Respectfully Submitted,

16

17

           Supervisory Deputy U.S. Marshal Khaled Kayyal
18         United States Marshals Service

19  Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

20  telephone on March 25, 2024.

21

22

THE HONORABLE BRENDA N. WEKSLER
23  UNITED STATES MAGISTRATE JUDGE

24